No. 959, Misc. ROSE *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of L. A. Certiorari denied.

No. 978, Misc. TYSON *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 962, Misc. REGALADO *v.* CALIFORNIA. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 980, Misc. VAN DUYNE *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 985, Misc. VEJAR *v.* DUNBAR, CORRECTIONS DIRECTOR, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 987, Misc. HORNEY ET VIR *v.* WORLD ISLAND ESTATES, INC. Ct. App. N. Y. Certiorari denied. Petitioners *pro se*. *William L. F. Gardiner* for respondent.

No. 988, Misc. JAMES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 1004, Misc. LATHAM ET AL. *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied. *Lawrence Speiser* and *Bernard Roazen* for petitioners. *Robert C. Londerholm*, Attorney General of Kansas, and *J. Richard Foth* and *Park McGee*, Assistant Attorneys General, for respondent.

No. 1018, Misc. NELSON *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Super. Ct. Wash., Walla Walla County. Certiorari denied.